IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA HACKWORTH, an individual: BETTY JEAN ACKWORTH, an individual; LISA JEAN MORTON, an individual; VALERIE PACKER, an individual; SANDRA MESSENGER, an individual; and the ESTATE OF GARY HACKWORTH,<br><br>Defendants | **CASE NO. 4:10 CV-630-BLW**<br><br>**ORDER TO DISMISS WITH PREJUDICE** |
| BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br><br>Crossclaimants,<br><br>vs.<br><br>AMANDA HACKWORTH, an individual; BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br><br>Crossdefendants, | |
| AMANDA HACKWORTH, an individual,<br>Crossclaimants,<br><br>vs.<br><br>BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual; BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br>Crossdefendants. | |

ORDER TO DISMISS WITH PREJUDICE - 1

Based upon the stipulation of the parties to dismiss this case with prejudice, with each party to bear its own costs and fees, it is hereby ORDERED that this case be dismissed with prejudice.

DATED: May 6, 2011

_____
B. LYNN WINMILL
Chief U.S. District Court Judge