IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,<br><br>    Plaintiff,<br><br>        vs.<br><br>AMANDA HACKWORTH, an individual: BETTY JEAN ACKWORTH, an individual; LISA JEAN MORTON, an individual; VALERIE PACKER, an individual; SANDRA MESSENGER, an individual; and the ESTATE OF GARY HACKWORTH,<br><br>    Defendants | **CASE NO. 4:10 CV-630-BLW**<br><br>**JUDGMENT** |
| BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br><br>    Crossclaimants,<br><br>        vs.<br><br>AMANDA HACKWORTH, an individual; BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br><br>    Crossdefendants, | |
| AMANDA HACKWORTH, an individual,<br>    Crossclaimants,<br><br>        vs.<br><br>BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual; BETTY JEAN HACKWORTH, an individual; LISA JEAN MORTON, an individual,<br>    Crossdefendants. | |

Based upon the Order of Dismissal entered concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered and that this case be dismissed in its entirety.

DATED: May 6, 2011

_____
B. LYNN WINMILL
Chief U.S. District Court Judge